| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Vishnudat Persaud<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0795<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13    10/6/17 |
| Case number: | 1–17–45194–nhl | |

# NOTICE OF DEFICIENCY – APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**NOTICE IS HEREBY GIVEN THAT:**

The Application for Payment of Unclaimed Funds submitted on August 23, 2023 has the following deficiencies:

- ☐ Application
- ☐ Certificate of Service
- ☑ Supporting Documentation
- ☐ Payee Form (AO 213P)

**EXPLANATION:**

− A notarized statement of the signing representatives authority signed by an officer of the business

All deficiencies must be cured within 30 days of the date of this Notice or the Application for Payment of Unclaimed Funds may be denied.

Dated: August 24, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**ntcdefunclfun.jsp** [Notice of Deficiency – Application for Payment of Unclaimed Funds rev. 10/29/19]